96 A.3d 1022

**Kelvin MANN, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 48 EM 2014.**

Supreme Court of Pennsylvania.

July 23, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of July, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.